PER CURIAM.*

Jose L.G. Balderrama, Texas prisoner # 871879, appeals from the district court's dismissal of his federal habeas petition as time-barred. Because Balderrama fails to address in his original appellate brief the issues upon which this court granted a certificate of appealability, such issues are deemed abandoned. *See Cinel v. Connick*, 15 F.3d 1338, 1345 (5th Cir.1994). We decline to address the arguments presented in Balderrama's reply brief since they constitute newly-raised issues that are non-responsive to the arguments presented in the Respondent–Appellee's brief. *See Stephens v. C.I.T. Group/Equip. Fin., Inc.*, 955 F.2d 1023, 1026 (5th Cir.1992).

AFFIRMED.

Michael B. Charlton, Houston, TX, for Movant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM.*

Counsel appointed to represent Richard Arthur McClure has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). McClure has filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

■

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Richard Arthur MCCLURE,**
**Defendant–Appellant.**

No. 03–20373.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

■

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Martine JIMENEZ, also known as Jose Guadalupe Ortiz, Defendant–Appellant.**

No. 02–20870.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.